IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARON EVANS**                                                **PLAINTIFF**
**#259630**

**V.**                    **NO. 4:22-cv-001184-JM**

**HIGGINS**, *et al*.                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE